# United States Court of Appeals

## For the Seventh Circuit

Chicago, Illinois 60604

E-FILED
Tuesday, 23 November, 2004 01:15:28 PM
Clerk, U.S. District Court, ILCD

### NOTICE OF ISSUANCE OF MANDATE

**FILED**

NOV 2 3 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DATE:   November 22, 2004

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL 61602

FROM:   Gino J. Agnello, Clerk

RE:     04-1988
        Kilpatrick, Andre L. v. McClean County
        04 C 1053, Joe Billy McDade, Chief Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                              **TO BE RETURNED AT LATER DATE:**
[1]     Volumes of pleadings                                [ ]
[ ]     Loose pleadings                                     [ ]
[ ]     Volumes of transcripts                              [ ]
[ ]     Volumes of exhibits                                 [ ]
[ ]     Volumes of depositions                              [ ]
[ ]     In Camera material                                  [ ]
[ ]     Other_____               [ ]

        Record being retained for use                       [ ]
        in Appeal No. _____

        Copies of this notice sent to:      Counsel of record
        [ ]     United States Marshal
        [ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: __11/23/04_____     _s/ C. LAMBIE_____
(1071-120397)                           Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 29, 2004

*Before*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| ANDRE L. KILPATRICK,<br>    Plaintiff-Appellant,<br><br>No. 04-1988    v.<br><br>MCCLEAN COUNTY, WILLIAM DECARDY<br>MARRINA WRIGHT, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 C 1053<br>]<br>] Joe Billy McDade,<br>]    Chief Judge. |

## ORDER

Appellant has filed a motion to proceed in forma pauperis on appeal. This court has carefully reviewed the order of the district court from which the appellant has filed a notice of appeal, the record on appeal, and appellant's motion to proceed in forma pauperis. The appellant has appealed only from the district court's denial of his motion for leave to proceed in forma pauperis and his motion for appointment of counsel. This district court order is neither a final decision, appealable pursuant to 28 U.S.C. § 1291, nor an interlocutory order over which this court has jurisdiction pursuant to 28 U.S.C. § 1292(a). *See Brown v. Argosy Gaming Co., L.P.,* 360 F.3d 703 (7th Cir. 2004). Accordingly,

IT IS ORDERED that the motion to proceed in forma pauperis is DENIED.

IT IS FURTHER ORDERED that this appeal is DISMISSED for lack of jurisdiction.