E-FILED
Friday, 11 March, 2005 01:03:45 PM
Clerk, U.S. District Court, ILCD

8 March 2005

04-1053

FILED

MAR 11 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion for extension of time to deliver summons

Now comes plaintiff Andre Kilpatrick and hereby request that this court grant an extension of time to deliver summons, because plaintiff has submitted an amended complaint.

Andre Kilpatrick

*[signature]*