E-FILED
Friday, 11 March, 2005  03:35:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Andre L. Kilpatrick,       )
        Plaintiff    )
                     )
                     )   Case No. 04-1053
                     )
McLean County, et al,      )
        Defendants   )

**ORDER**

This case was filed in the Northern District of Illinois on Oct. 7, 2003. It was transferred to this court on Feb. 23, 2004. Between the latter date and April 14, 2004, plaintiff filed three separate motions to proceed in forma pauperis, despite the fact that he had paid his filing fee in the Northern District. In addition he filed three motions for appointment of counsel and one motion for recusal of the judge. Each of these motions was denied.

On April 14, 2004, plaintiff appealed the denial of the last order, in which the Judge declined to reconsider previous rulings on those matters; he also applied to proceed ifp on appeal, which was also denied. The Seventh Circuit dismissed the appeal for lack of jurisdiction on Nov. 23, 2004.

On January 28, 2005, a status conference was to be held by telephone. Plaintiff was not available. He called the court some 30 minutes late and spoke to the judge's law clerk. He was told that the case would be set for another conference once the defendants had been served and was specifically referred to the Federal Rules of Civil Procedure.

On March 11, 2005, plaintiff filed an amended complaint and a motion to extend the time for serving the defendants. At no time since the outset of this case has plaintiff made any effort to serve the defendants. He has not presented summons for issuance and he has not notified the court

of his intent to proceed by Notice of Lawsuit and Request for Waiver. He has not provided any explanation for his lack of diligence, much less shown good cause for the delay.

Accordingly, the motion to extend time (#30) is denied. Further, plaintiff is directed to show cause in person before Judge McDade why this case should not be dismissed for failure to prosecute. Show Cause hearing is set for Friday, April 27, 2005 at 2:45 p.m. in courtroom D.

ENTER this 11th day of March 2005.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE