AO 440 (Rev. 8/01) Summons in a Civil Action

**E-FILED**
Friday, 29 April, 2005  04:19:11 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central      District of   Illinois

Andre L. Kilpatrick

      V.

McLean and Sangamon Counties

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   04-1053

TO: (Name and address of Defendant)

Judge Robert Steigmann
Illinois Appellate Court
Springfield, IL 62705

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ C. Douglas

(By) DEPUTY CLERK

DATE    4/28/05

# UNITED STATES DISTRICT COURT

Central        District of   Illinois

Andre L. Kilpatrick

    V.

ALIAS
**SUMMONS IN A CIVIL CASE**

McLean and Sangamon Countie
CASE NUMBER:   04-1053

TO: (Name and address of Defendant)

Emily McQuillan
Illinois State University
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L Kilpatrick
317 W 124th st
Chicago, IL 60627

an answer to the complaint which is served on you with this summons, within    **20**      days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

S/ John Waters
CLERK

S/ C. Douglas
(By) DEPUTY CLERK

4/28/05
DATE

# UNITED STATES DISTRICT COURT

_Central_ _____ District of _Illinois___

Andre L. Kilpatrick

V.

McLean and Sangamon Counties

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  _04-1053_

TO: (Name and address of Defendant)

Daniel Caste
Illinois State University
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within  _20_  days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_s/ John M. Waters_
CLERK

_s/ C. Douglas_
(By) DEPUTY CLERK

_4/28/05_
DATE

# UNITED STATES DISTRICT COURT

Central _____ District of _I l l i n o i s_

Andre L. Kilpatrick

      V.

McLean and Sangamon Counties

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: _04-1053_

TO: (Name and address of Defendant)
Richard Olshak
Hovey Hall
Illinois State University
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W. 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

S/ John M. Waters

CLERK

S/ C. Douglas

(By) DEPUTY CLERK

DATE   4/28/05

# UNITED STATES DISTRICT COURT

Central _____   District of  Illinois

Andre L Kilpatrick

      V.

ALIAS
**SUMMONS IN A CIVIL CASE**

McLean and Sangamon Counties  CASE NUMBER:  04-1053

TO: (Name and address of Defendant)

Helen Mamarchev
Hovey Hall
Illinois State University
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
CLERK

s/ C. Douglas
(By) DEPUTY CLERK

4/28/05
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central      District of    Illinois

Andre L. Kilpatrick

V.

McLean and Sangamon Counties

**ALIAS**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1053

TO: (Name and address of Defendant)

Walter Clark
Normal Police Department
100 E. Phoenix
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 West 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters      4/28/05

CLERK          DATE

s/ C. Douglas

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____    District of    Illinois

Andre L. Kilpatrick

V.

ALIAS
**SUMMONS IN A CIVIL CASE**

McLean and Sangamon (counties) CASE NUMBER:

04-1053

TO: (Name and address of Defendant)

Gregory Passini
Normal Police Department
100 E. Phoenix
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W. 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/ John Waters                          4/28/05

CLERK                                   DATE

s/ C. Douglas

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____   District of   Illinois

Andre L. Kilpatrick

V.

McLean and Sangamon Counties

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   04-1053

TO: (Name and address of Defendant)

Ronald Stoll
Normal Police Department
100 E. Phoenix
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W. 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ C. Douglas

(By) DEPUTY CLERK

4/28/05

DATE

# UNITED STATES DISTRICT COURT

Central _____ District of _Illinois_

Andre L. Kilpatrick

V.

ALIAS
**SUMMONS IN A CIVIL CASE**

McLean and Sanganon Counties

CASE NUMBER: _04-1053_

TO: (Name and address of Defendant)

Jeff Longfellow
Normal Police Department
100 E. Phoenix
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters _____          4/28/05
CLERK                                      DATE

s/ C. Douglas _____
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Central _____ District of Illinois

Andre L. Kilpatrick

v.

McLean and Sangamon Counties

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1053

TO: (Name and address of Defendant)

Deborah Hosperhorne
Normal Police Department
100 E. Phoenix
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W. 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ C. Douglas

(By) DEPUTY CLERK

DATE  4/28/05

# UNITED STATES DISTRICT COURT

Central _____    District of    Illinois

Anore L. Kilpatrick

V.

ALIAS
**SUMMONS IN A CIVIL CASE**

M'Lean and Sanganon Counties    CASE NUMBER:    04-1053

TO: (Name and address of Defendant)

Ronald Swann
ISU police Department
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th st
Chicago, IL 60622

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

S/ John M. Waters
CLERK

S/ C. Douglas
(By) DEPUTY CLERK

4/28/05
DATE

# UNITED STATES DISTRICT COURT

Central _____    District of    Illinois

Andre L. Kilpatrict

V.

ALIAS
**SUMMONS IN A CIVIL CASE**

McLean and Sangamon Counties CASE NUMBER:    04-1053

TO: (Name and address of Defendant)

Keith Gehrand
ISU Police Department
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrict
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_____S/ John Waters_____          _____4/28/05_____
CLERK                                              DATE

_____S/ C. Douglas_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Central _____ District of Illinois

Andre L. Kilpatrick

ALIAS
**SUMMONS IN A CIVIL CASE**

V.

McLean and Sangamon Counties,

CASE NUMBER: 04-1053

TO: (Name and address of Defendant)

Shantua Stonewall
ISU Police Department
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters _____          4/28/05 _____
CLERK                                    DATE

s/ C. Douglas _____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of __Illinois__

Andre L. Kilpatrick

V.

ALIAS
**SUMMONS IN A CIVIL CASE**

McLean and Sangamon Counties CASE NUMBER: 04-1053


TO: (Name and address of Defendant)

Judge William Decardy
104 W Front Street
Bloomington, IL 61701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th St
Chicago, IL 60628


an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


___s/ John M. Waters___
CLERK

___s/ C. Douglas___
(By) DEPUTY CLERK

___4/28/05___
DATE

# UNITED STATES DISTRICT COURT

Central _____ District of Illinois

Andre L. Kilpatrick

V.

ALIAS
**SUMMONS IN A CIVIL CASE**

McLean and Sangamon Counties CASE NUMBER: 04-1053

TO: (Name and address of Defendant)

A. S. A. Marinna Wright
104 W. Front Street
Bloomington, IL 61701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
CLERK

s/ C. Douglas
(By) DEPUTY CLERK

4/28/05
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Central _____ District of _I\linois_

Andre L. Kilpatrick

V.

ALIAS
**SUMMONS IN A CIVIL CASE**

McLean and Sangamon Counties

CASE NUMBER: 04-1053

TO: (Name and address of Defendant)

David Webber
ISU Police Department
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W. 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

S/ John M. Waters _____

CLERK

S/ C. Douglas _____

(By) DEPUTY CLERK

4/28/05

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____    District of    Illinois

Andre L. Kilpatrick

V.

McLean and Sangamon Counties

**ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    04-1053

TO: (Name and address of Defendant)

Wanda Passini
ISU Police Department
Normal, IL 61761

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John Waters

CLERK

s/ C. Douglas

(By) DEPUTY CLERK

4/28/05

DATE

# UNITED STATES DISTRICT COURT

Central _____  District of  Illinois _____

Andre L. Kilpatrick

        V.

McLean and Sangamon Counties

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  04-1053

TO: (Name and address of Defendant)

Shad Wagehoft
ISU Police Department
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters _____          4/28/05
CLERK                                          DATE

s/ C. Douglas _____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of  Illinois

Andre L. Kilpatrick

V.

ALIAS
**SUMMONS IN A CIVIL CASE**

McLean and Sangamon Counties

CASE NUMBER:  04-1053

TO: (Name and address of Defendant)

Pat Barr
Illinois State University
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within  ___20___  days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ C. Douglas
(By) DEPUTY CLERK

4/28/05

DATE

# UNITED STATES DISTRICT COURT

Central _____ District of _I llinois_

Andre L. Kilpatrick

V.

McLean and Sangamon Counties

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1053

TO: (Name and address of Defendant)

Rick Lewis
Student Housing
Illinois State University
Normal, IL 61761

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th st
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
CLERK

_____

4/28/05
DATE

s/ C. Douglas
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Central _____ District of I||inois

Andre L. Kilpatrick

ALIAS
**SUMMONS IN A CIVIL CASE**

V.

McLean and Sanganon Counties

CASE NUMBER: 04-1053

TO: (Name and address of Defendant)

Sandra Little
Hovey Hall
Illinois State University
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th st
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

S/ John M. Waters
CLERK

S/ C. Douglas
(By) DEPUTY CLERK

7/28/05
DATE

# UNITED STATES DISTRICT COURT

Central _____ District of  Illinois

Andre L. Kilpatrick

v.

ALIAS
**SUMMONS IN A CIVIL CASE**

McLean and Sangamon Countres   CASE NUMBER:  04-1053

TO: (Name and address of Defendant)

Daniel Caste
Illinois State University
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 12th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____S/ John Waters_____         _____4/28/05_____
CLERK                                                DATE

_____S/ C. Douglas_____
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Central _____ District of ___Illinois___

Andre L. Kilpatrick

V.

McLean and Sangamon Counties

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1053

TO: (Name and address of Defendant)

Judge John McCullough
Illinois Appellate Court
Springfield, IL 62705

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

___S/ John M. Waters___          ___4/28/05___
CLERK                            DATE

___S/ C. Douglas___
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Central _____ District of Illinois

Andre L. Kilpatrick

V.

McLean and Sangamon Counties

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1053

TO: (Name and address of Defendant)

Judge John Turner
Illinois Appellate Court
Springfield, IL 62705

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____s/ John M. Waters_____
CLERK

_____s/ C. Douglas_____
(By) DEPUTY CLERK

DATE _____4/28/08_____