⌐AO 440 (Rev. 8/01) Summons in a Civil Action

E-FILED
Friday, 29 April, 2005   04:46:51 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

**Central** District of **Illinois**

Andre L. Kilpatrick

v.

McLean and Sangamon Counties

**ALIAS
SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-1053**

**FILED**

APR 2 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: (Name and address of Defendant)

Ronald Swann
ISU Police Department
Normal, IL 61761

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L. Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters
CLERK

s/ C. Douglas
(By) DEPUTY CLERK

4/28/05
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  29 Apr 05 |
| NAME OF SERVER (PRINT)  Wanda Clay | TITLE  Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/29/05        _Wanda Clay_
             Date              Signature of Server

                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.