AO 440 (Rev. 8/01) Summons in a Civil Action

**E-FILED**

Friday, 29 April, 2005  04:49:13 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

Central _____ District of _Illinois_____

Andre L. Kilpatrick
                    V.

McLean and Sangamon Counties,

**ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04-1053

## FILED

APR 2 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: (Name and address of Defendant)

Shantua Stonewall
ISU Police Department
Normal, IL 61761

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andre L Kilpatrick
317 W 124th St
Chicago, IL 60628

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters _____
CLERK

s/ C. Douglas _____
(By) DEPUTY CLERK

4/28/05
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 29 Apr 05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Wanda Clay | Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___04/29/05___　　_Wanda Clay_
　　　　　　　　　Date　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.