AO 458 (Rev. 10/95)   Appearance

**E-FILED**
Wednesday, 18 May, 2005  03:52:34 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

DISTRICT OF

_____

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    I certify that I am admitted to practice in this court.

_____
Date

_____
Signature

_____
Print Name        Bar Number

_____
Address

_____
City    State    Zip Code

_____
Phone Number    Fax Number