E-FILED
Wednesday, 18 May, 2005  04:00:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE L. KILPATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1053 |
| ) | |
| MCLEAN COUNTY, SANGAMON ) | |
| COUNTY, JUDGE ROBERT ) | |
| STEIGMANN, JUDGE JOHN TURNER, ) | |
| JUDGE JOHN MCCULLOUGH, ) | |
| JUDGE WILLIAM DECARDY, ) | |
| MARINNA WRIGHT, DAVID WEBBER, ) | |
| WANDA PASSINI, SHAD WAGEHOFT, ) | |
| SHUNTUA STONEWALL, KEITH ) | |
| GEHRAND, RONALD SWANN, ) | |
| DEBORAH HOSPELHORNE, JEFF ) | |
| LONGFELLOW, RONALD STOLL, ) | |
| GREGORY PASSINI, WALTER CLARK, ) | |
| HELEN MAMARCHEV, RICHARD ) | |
| OLSHAK, DANIEL CASTE, SANDRA ) | |
| LITTLE, RICK LEWIS, PAT BARR, ) | |
| and EMILY MCQUILLAN, ) | |

## **MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES the Defendants, McLean County and McLean County Assistant States Attorney, Marinna Wright, by their counsel, Costigan & Wollrab, P.C. and request this court to grant a 14 day extension of time to respond to Plaintiff's Amended Complaint. In support of this motion Defendants, County of McLean and Marianna Wright state as follows:

1. Recently, Plaintiff had served a copy of an Amended Complaint on former Assistant States Attorney Marinna Wright.

2. Counsel recently received a copy of the Amended Complaint and has been working on a responsive pleading to the Complaint.

3.  Counsel has only recently had an opportunity to meet with his client who is no longer employed with the McLean County States Attorneys office regarding the matter.

4.  Plaintiff's Amended Complaint alleges events which occurred nearly three and a half years ago. Defendants' counsel is still investigating Plaintiff's allegations.

5.  Plaintiff has taken nearly one and a half years to get the Complaint served on Defendants Wright and County of McLean.

6.  An extension of fourteen days or until June 2, 2005 will allow counsel adequate time to prepare the appropriate responsive pleading.

WHEREFORE, for the reasons state, Defendants County of McLean and Marinna Wright respectfully request this Court to grant them until June 2, 2005 to file a responsive pleading to Plaintiff's Amended Complaint.

> McLean County and Marinna Wright, by their attorneys, COSTIGAN & WOLLRAB, P.C.
>
> BY: /s/ Casey Costigan
>   Casey Costigan

Casey Costigan
Costigan & Wollrab, P.C.
308 E. Washington Street
P.O. Box 3127
Bloomington, IL 61702-3127
(309)828-4310 - phone
(309)828-4325 - fax

**PROOF OF SERVICE**

      The undersigned certifies that a copy of this Entry of Appearance was served upon the attorneys of record of all parties to the above-entitled cause as disclosed by the pleadings of record herein by hand delivering to said attorneys this 18th day of May, 2005.

/s/ Casey Costigan_____
Casey Costigan

**ATTORNEYS OF RECORD**

Andre L. Kilpatrick, Pro Se
317 W. 124th Street
Chicago, IL 60628