# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**APPEARANCE**

| | |
|---|---|
| Andre L. Kilpatrick, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 04-1053 |
| McLean County, Sangamon County, Judge ) | |
| Robert Steigmann, Judge John Turner, ) | |
| Judge John McCullough, Judge William Decardy, ) | |
| Marianna Wright, David Webber, Wanda Passini, ) | |
| Shad Wagehoft, Shuntua Stonewall, Keith ) | |
| Gehrand, Ronald Swann, Deborah Hospelhorne, ) | |
| Jeff Longfellow, Ronald Stoll, Gregory Passini, ) | |
| Walter Clark, Kelen Mamarchev, Richard Olshak, ) | |
| Daniel Caste, Sandra Little, Rick Lewis, Pat ) | |
| Barr, and Emily McQuillan. ) | |
| ) | |
| Defendants. ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEBORAH HOSPELHORNE, JEFF LONGFELLOW,
RONALD STOLL and GREGORY PASSINI

I certify that I am admitted to practice in this court.


| May 31, 2005 | /s/ Darcy L. Proctor |
|---|---|
| Date | Signature |
| | |
| | Darcy L. Proctor              6199731 |
| | Print Name                    Bar Number |
| | |
| | 140 South Dearborn Street, 6th Floor |
| | Address |
| | |
| | Chicago           IL           60603 |
| | City              State        Zip Code |
| | |
| | (312) 782-7606           (312) 782-0943 |
| | Phone Number             Fax Number |