IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Andre L. Kilpatrick, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1053 |
| | ) | |
| McLean County, Sangamon County, Judge Robert Steigmann, Judge John Turner, Judge John McCullough, Judge William Decardy, Marianna Wright, David Webber, Wanda Passini, Shad Wagehoft, Shuntua Stonewall, Keith Gehrand, Ronald Swann, Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll, Gregory Passini, Walter Clark, Kelen Mamarchev, Richard Olshak, Daniel Caste, Sandra Little, Rick Lewis, Pat Barr, and Emily McQuillan. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS DEBORAH HOSPELHORNE, JEFF LONGFELLOW, RONALD STOLL, AND GREGORY PASSINI'S
MOTION TO VACATE TECHNICAL DEFAULTS AND
FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD
TO PLAINTIFF'S COMPLAINT**

Defendants Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll, and Gregory Passini, by their attorney, Darcy L. Proctor, respectfully move for an enlargement of time of 21 days, until June 17, 2005, to answer or otherwise plead in response to Plaintiff's complaint and for vacation of any and all orders of default entered against Defendants. In support of this motion, Defendants state:

1.  Defendants were served with Plaintiff's summons and complaint on or about April 29, 2005.

  2. Defendants were due to answer or otherwise plead on May 19, 2005.

  3. Defendants' attorney, Darcy L. Proctor, has filed her appearance on behalf of Defendants.

  4. Defendants are still in the process of investigating all the allegations in Plaintiff's complaint, all of which took place several years ago, and this investigation is continuing.

  5. An extension of 21 days, until June 17, 2005, will allow Defendants' counsel adequate time to prepare the appropriate responsive pleading.

  WHEREFORE, Defendants Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll, and Gregory Passini respectfully request an enlargement of time until June 17, 2005 to answer or otherwise plead in response to Plaintiff's complaint, and that any and all defaults which may have been entered against Defendants be vacated.

            Respectfully submitted,

            DEBORAH HOSPELHORNE, JEFF
            LONGFELLOW, RONALD STOLL,
            AND GREGORY PASSINI

         BY: /s/ Darcy L. Proctor
            DARCY L. PROCTOR

Darcy L. Proctor
Ancel, Glink Diamond, Bush, DiCianni & Rolek, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax
Atty. I.D. #6199731

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Andre L. Kilpatrick, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-1053 |
| | ) |
| McLean County, Sangamon County, Judge Robert Steigmann, Judge John Turner, Judge John McCullough, Judge William DeCardy, Marianna Wright, David Webber, Wanda Passini, Shad Wagehoft, Shuntua Stonewall, Keith Gehrand, Ronald Swann, Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll, Gregory Passini, Walter Clark, Helen Mamarchev, Richard Olshak, Daniel Caste, Sandra Little, Rick Lewis, Pat Barr, and Emily McQuillan. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION & CERTIFICATE OF SERVICE

TO:  Andre L. Kilpatrick           Casey Costigan, Esq.
     317 W. 124th Street           Costigan & Wollrab, P.C.
     Chicago, IL 60628             308 E. Washington Street
                                   P.O. Box 3127
                                   Bloomington, IL 61702-3127

**PLEASE TAKE NOTICE** that I have filed with the Clerk of the above Court **MOTION FOR ENLARGEMENT OF TIME AND TO VACATE ANY TECHNICAL DEFAULTS**.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Joe Billy McDade, or before such other Judge sitting in his place or stead, on the _____ day of June, 2005, at _____ a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

    **I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **MOTION FOR ENLARGEMENT OF TIME AND TO VACATE ANY TECHNICAL DEFAULTS** to be mailed to the persons named above, on this 27th day of May, 2005.

                                               Respectfully submitted,

                                               DEBORAH HOSPELHORNE, JEFF LONGFELLOW, RONALD STOLL, AND GREGORY PASSINI

                                      By:    <u>/s/ Darcy L. Proctor</u>
                                                   DARCY L. PROCTOR

Darcy L. Proctor
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax
Atty. I.D. #6257283