E-FILED
Tuesday, 31 May, 2005  11:03:05 AM
Clerk, U.S. District Court, ILCD

### CERTIFICATE OF SERVICE

       I hereby certify that on May 31, 2005, I electronically filed the foregoing BLOOMINGTON SCHOOL DISTRICT DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Casey Costigan, Esq.
Costigan & Wollrab, P.C.
308 East Washington Street
P.O. Box 3127
Bloomington, IL 61702-3127
ccostigan@cwlawoffice.com

and I hereby certify that on May 31, 2005, I mailed by United States Postal Service, the above-described document to the following non-registered participant:

Mr. Andre L. Kilpatrick
317 West 124th Street
Chicago, IL 60628

                                    Respectfully submitted,

                                    /s/ Darcy L. Proctor
                                    Darcy L. Proctor, #6199731
                                    Attorney for Defendants, Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll and Gregory Passini
                                    Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
                                    140 South Dearborn, 6th Floor
                                    Chicago, Illinois 60603
                                    Telephone: (312) 782-7606
                                    Facsimile:  (312) 782-0943
                                    dproctor@ancelglink.com