E-FILED
Thursday, 02 June, 2005  10:28:34 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE L. KILPATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1053 |
| ) | |
| MCLEAN COUNTY, SANGAMON ) | |
| COUNTY, JUDGE ROBERT ) | |
| STEIGMANN, JUDGE JOHN TURNER, ) | |
| JUDGE JOHN MCCULLOUGH, ) | |
| JUDGE WILLIAM DECARDY, ) | |
| MARINNA WRIGHT, DAVID WEBBER, ) | |
| WANDA PASSINI, SHAD WAGEHOFT, ) | |
| SHUNTUA STONEWALL, KEITH ) | |
| GEHRAND, RONALD SWANN, ) | |
| DEBORAH HOSPELHORNE, JEFF ) | |
| LONGFELLOW, RONALD STOLL, ) | |
| GREGORY PASSINI, WALTER CLARK, ) | |
| HELEN MAMARCHEV, RICHARD ) | |
| OLSHAK, DANIEL CASTE, SANDRA ) | |
| LITTLE, RICK LEWIS, PAT BARR, ) | |
| and EMILY MCQUILLAN, ) | |

## MOTION TO DISMISS

NOW COME the Defendants, McLean County and McLean County Assistant State's Attorney, Marinna Wright by their counsel, Costigan & Wollrab, P.C., and for their Motion to Dismiss pursuant to FRCP 12(b)(6) state as follows:

1.   On March 11, 2005, Plaintiff filed an Amended Complaint naming among others the County of McLean and former Assistant State's Attorney Marinna Wright as Defendants.[1]

2.   Plaintiff's factual allegations which are asserted against the County of McLean and McLean County Assistant State's Attorney Marinna Wright are that

---

[1] The civil docket sheet for this matter shows Plaintiff's original Complaint filed in the U.S. District Court, Central District of Illinois Peoria, on February 23, 2004.  It appears from the docket sheet Plaintiff may have filed another complaint on October 7, 2003, but in the wrong court.  Defendants Wright and McLean County were never served with any Complaint until Plaintiff's Amended Complaint was filed.  Plaintiff's original Complaint is not available electronically.

"Prosecutor, Marinna Wright lied during jury trial and later admitted that she lied after Plaintiff was wrongfully convicted." (Plaintiff's complaint P. 8(I)).

    3.    Plaintiff further alleges that the wrongful acts occurred between 1998-2001. (Plaintiff's Complaint P. 7).

    4.    Plaintiff claims violations of his due process and violations of 42 U.S.C. §14141, 42 U.S.C. §37892 and 42 U.S.C. §2000(d).

    5.    It appears from the Amended Complaint that the Plaintiff is attempting to allege a violation of 42 U.S.C. §1983.

    6.    Any alleged violation of 42 U.S.C. §1983 claim is time barred.

    7.    Plaintiff alleges in his Amended Complaint that he was deprived of his rights from 1998 to 2001. The last date alleged in Plaintiff's Amended Complaint against any Defendant is October 7, 2001. The acts alleged on October 7, 2001, are not directed against Defendant Wright or the County of McLean.

    8.    The Federal Civil Rights Act, 42 U.S.C. §1983, contains no statute of limitations. Therefore, Federal Courts must apply the most appropriate or analogous state statute of limitations for personal injury actions to all 42 U.S.C. §1983 claims. In Illinois the Statute of Limitations for an action brought pursuant to 42 U.S.C. §1983 is two years. *Ashafa v. City of Chicago* 146 F. 3d 459 (7th Cir. Ill 1998).

    9.    Plaintiff fails to allege any dates to evidence that this matter was timely filed against Defendants Wright and County of McLean.

    10.    Plaintiff's claim against the County of McLean is based upon the Doctrine of Respondeat Superior and there is no Respondeat Superior liability under §1983. *Monell v. Department of Social Services* 436 U.S. 658 (1978).

11. Defendant, Marinna Wright is entitled to absolute immunity in prosecuting Plaintiff. *Smith v. Power* 336 F.3d 740 (2003).

WHEREFORE, for the reasons stated in this Motion and Supporting Memorandum of Law, Defendants McLean County and McLean County Assistant State's Attorney, Marinna Wright, respectfully request this Court to enter judgment in their favor and against Plaintiff and award them costs of suit.

>McLean County and Marinna Wright, by their attorneys, COSTIGAN & WOLLRAB, P.C.

>BY: /s/Casey Costigan
>      Casey Costigan

Casey Costigan
Costigan & Wollrab, P.C.
308 E. Washington Street
P.O. Box 3127
Bloomington, IL 61702-3127
(309)828-4310 - phone
(309)828-4325 - fax

## PROOF OF SERVICE

The undersigned certifies that a copy of this Motion to Dismiss was served upon the attorneys of record of all parties to the above-entitled cause as disclosed by the pleadings of record herein by hand delivering to said attorneys this 2nd day of June, 2005.

> /s/Casey Costigan
>      Casey Costigan

**ATTORNEYS OF RECORD**

Andre L. Kilpatrick, Pro Se
317 W. 124th Street
Chicago, IL 60628

Darcy L. Proctor
dproctor@ancelglink.com

3