**E-FILED**
Thursday, 02 June, 2005 10:42:19 AM
Clerk, U.S. District Court, ILCD

CIRCUIT RULE 26.1   DISCLOSURE STATEMENT

District Court No:  04-1053

Short Caption:  Andre L. Kilpatrick v. McLean County, et al.

    To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

    The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first.  Attorneys are required to file an amended statement to reflect any material changes in the required information.  The text of the statement must also be included in front of the table of contents of the party's main brief.  **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

(1)      The full name of every party that the attorney represents in the case:

      **Former McLean County States Attorney Marinna Wright and County of McLean**

(2)      The names of all law firms whose partners or associates have appeared for the party in the case or are expected to appear for the party in this court:

      **Costigan & Wollrab, P.C.**

(3)      If the party is a corporation:

      i)      Identify all its parent corporations, if any; and
             **None**

      ii)     List any publicly held company that owns 10% or more of the party's or amicus' stock:
             **None**

---

Attorney's Signature: /s/Casey Costigan _____  Date: 6/02/05 _____

Attorney's Printed Name: Casey Costigan _____

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). **Yes_X_ No__**

Address:  308 E. Washington Street _____

          Bloomington, IL 61701 _____

Phone Number:  (309) 828-4310 _____  Fax Number: (309) 828-4325 _____

E-Mail Address:
ccostigan@cwlawoffice.com _____