UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE L. KILPATRICK, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-1053 |
| ) | |
| MCLEAN COUNTY, SANGAMON ) | |
| COUNTY, JUDGE ROBERT ) | |
| STEIGMANN, JUDGE JOHN TURNER, ) | |
| JUDGE JOHN MCCULLOUGH, ) | |
| JUDGE WILLIAM DECARDY, ) | |
| MARINNA WRIGHT, DAVID WEBBER, ) | |
| WANDA PASSINI, SHAD WAGEHOFT, ) | |
| SHUNTUA STONEWALL, KEITH ) | |
| GEHRAND, RONALD SWANN, ) | |
| DEBORAH HOSPELHORNE, JEFF ) | |
| LONGFELLOW, RONALD STOLL, ) | |
| GREGORY PASSINI, WALTER CLARK, ) | |
| HELEN MAMARCHEV, RICHARD ) | |
| OLSHAK, DANIEL CASTE, SANDRA ) | |
| LITTLE, RICK LEWIS, PAT BARR, ) | |
| and EMILY MCQUILLAN, ) | |

## NOTICE OF FILING

I, Casey Costigan certify that I served a true and correct copy of Defendant's Motion to Dismiss and Supporting Memorandum and Circuit Rule 26.1 Disclosure Statement upon the individuals listed below via first class mail, postage properly prepaid and/or via email as indicated, this 2nd day of June, 2005:

Andre L. Kilpatrick, Pro Se
317 W. 124th Street
Chicago, IL 60628

Darcy L. Proctor
dproctor@ancelglink.com

                                        Marinna Wright and County of
                                      McLean, Defendants
                                      By Costigan & Wollrab, P.C.

By  /s/Casey Costigan
Casey Costigan

Casey Costigan
Costigan & Wollrab, P.C.
308 E. Washington Street
P.O. Box 3127
Bloomington, IL 61702-3127
Telephone:    (309)828-4310
Fax:          (309)828-4325

jir-H:\Casey\Litigation\County of McLean\Kilpatrick v. McLean County&Wright\Notice of Filing.doc