June 3, 2005

E-FILED
Tuesday, 07 June, 2005  02:12:17 PM
Clerk, U.S. District Court, ILCD

Andre L. Kilpatrick )
  Plaintiff )
       v. )
McLean and Sangamon Counties )
 )
 )
 )
 )
 )
 )
 )

FILED

JUN - 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion for Order of Judgement by Default

Now comes Plaintiff, Andre L. Kilpatrick to request that Courts enter a Judgement by default against The Illinois State University Police i.e., Ward Passini, Shuntua Stonewall, Keith Gehrand and Ronald Swann

Andre Kilpatrick

1:04-cv-01053-JBM-JAG    # 53    Page 2 of 4

# Certificate of Service

64-1053

I hereby certify that on June 3, 2005, I presented the foregoing response for motion of Judgement by Default to the clerk of the court for filing and will send notification of such filing to the following Judges Robert Steigmann, John Turner, John McCollough, Judge William Decardy, Marinna Wright, Wanda Passini, Shontua Stonewall, Keith Gehrand, Ronald Swann, Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll, Gregory Passini, Helen Mamarchev, Richard Olshak, Daniel Caste, Sandra Little, Rick Lewis, Pat Barr

*[signature]*

I hereby cer