IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANDRE L. KILPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-1053 |
| | ) | |
| McLEAN and SANGAMON COUNTIES, WILLIAM DECARDY, MARIANNA WRIGHT DAVID WEBBER, WANDA PASSINI, SHAD WAGEHOFT, SHANTUNA STONEWALL, KEITH GEHRAND, RONALD SWANN, DEBORAH HOSPELHORNE, JEFF LONGFELLOW, RONALD STOLL, GROGORY PASSINI, WALTER CLARK, HELEN MAMARCHEV, RICHARD OLSHAK, DANIEL CASTE, SANDRA LITTLE, RICK LEWIS, PAT BARR, ILLINOIS STATE UNIVERSITY, JOHN McCOLLOUGH, EMILY McQUILLAN, ROBERT STEIGMANN, and JOHN TURNER, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

NOW COME the defendants, Keith Gehrand, Justice John McCullough, Wanda Passini, Justice Robert Steigmann, Shuntua Stonewall, Ronald Swan, Justice John Turner, and Shad Wagehoft, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and pursuant to Rules 4(m) and 12(b)(5) of the Federal Rules of Civil Procedure, hereby submit this motion to dismiss the claims of the plaintiff.  In support thereof, the following statements are made.

1.      Plaintiff filed the instant case in the United States District Court for the Northern District of Illinois on October 7, 2003.

2.      On January 30, 2004, plaintiff filed a notice of a motion to extend the time of delivery of the summonses in the case.

3. No service on any of the defendants was attempted by the plaintiff in the 115 days between October 7, 2003, and January 30, 2004.

4. The case was dismissed for lack of jurisdiction on February 3, 2004, but the Court reconsidered the dismissal and transferred venue to the United States District Court for the Central District of Illinois on February 23, 2004.

5. Plaintiff filed a Notice of Appeal on April 14, 2004.

6. In the 51 days between February 23, 2004, and April 14, 2004, plaintiff did not attempt service on any of the defendants.

7. The case was on appeal from April 14, 2004, to November 23, 2004.

8. On February 15, 2005, plaintiff was advised that he needed to obtain service on the defendants.

9. Plaintiff did not have summonses issued to any of the defendants until April 28, 2005.

10. In the 156 days between November 23, 2004, and April 28, 2005, plaintiff did nothing to request that summonses be issued to any of the defendants.

11. Some of the State defendants were served on April 29, 2005; some of the State defendants were served on June 15, 2005; and some of the other defendants have not been served to-date.

12. Plaintiff has failed to timely serve defendants, Keith Gehrand, Justice John McCullough, Wanda Passini, Justice Robert Steigmann, Shuntua Stonewall, Ronald Swan, Justice John Turner, and Shad Wagehoft.

13. As such, the case should be dismissed.

14. A memorandum of law in support of the instant motion is submitted herewith.

WHEREFORE for the above and foregoing reasons, defendants, Keith Gehrand, Justice John McCullough, Wanda Passini, Justice Robert Steigmann, Shuntua Stonewall, Ronald Swan, Justice John Turner, and Shad Wagehoft, respectfully request that this honorable Court dismiss the case of the plaintiff and enter judgment in favor of the defendants.

>	Respectfully submitted,
>
>	KEITH GEHRAND, JUSTICE JOHN McCULLOUGH, WANDA PASSINI, JUSTICE ROBERT STEIGMANN, SHUNTUA STONEWALL, RONALD SWAN, JUSTICE JOHN TURNER, and SHAD WAGEHOFT,
>
>	Defendants,
>
>	LISA MADIGAN, Attorney General,
>	State of Illinois,

Karen L. McNaught, #06200462         Attorney for Defendants,
Assistant Attorney General
500 South Second Street          BY:   /s/Karen L. McNaught
Springfield, Illinois  62706             Karen L. McNaught
217/782-1841                     Assistant Attorney General
     Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRE L. KILPATRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 04-1053 |
| | ) |
| McLEAN COUNTY, et al. | ) |

**Certificate of Service**

I hereby certify that on June 16, 2005, I electronically filed a Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> John Casey Costigan
> ccostigan@cwlawoffice.com
>
> Darcy L. Proctor
> dproctor@ancelglink.com

and I hereby certify that on June 16, 2005, I mailed by United States Postal Service, the document to the following nonregistered participant:

> Andre L. Kilpatrick
> 317 W. 124th Street
> Chicago, IL 60628
>
> Respectfully submitted,
>  /s/Karen L. McNaught
> Karen L. McNaught
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL  62706
> Telephone:  (217) 782-1841
> Facsimile:  (217) 524-5091
> kmcnaught@atg.state.il.us
> #6200462