**E-FILED**
Thursday, 16 June, 2005 02:12:49 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

June 16, 2005

Andre Kilpatrick
317 W. 124th St
Chicago, IL. 60628

RE: Kilpatrick vs McLean County, etal
CASE NO. 04-1053

Dear Mr Kilpatrick:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                              s/ H. Kallister
                                              JOHN M. WATERS, CLERK
                                              U.S. DISTRICT COURT

cc: all counsel