## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

**APPEARANCE**

| | | |
|---|---|---|
| Andre L. Kilpatrick, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1053 |
| McLean County, Sangamon County, Judge Robert Steigmann, Judge John Turner, Judge John McCullough, Judge William Decardy, Marianna Wright, David Webber, Wanda Passini, Shad Wagehoft, Shuntua Stonewall, Keith Gehrand, Ronald Swann, Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll, Gregory Passini, Walter Clark, Kelen Mamarchev, Richard Olshak, Daniel Caste, Sandra Little, Rick Lewis, Pat Barr, and Emily McQuillan. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WALTER CLARK

I certify that I am admitted to practice in this court.


 June 16, 2005                              /s/  Darcy L. Proctor
Date                                       Signature

                                            Darcy L. Proctor              6199731
                                           Print Name                    Bar Number

                                            140 South Dearborn Street, 6th Floor
                                           Address

                                            Chicago          IL          60603
                                           City            State        Zip Code

                                            (312) 782-7606      (312) 782-0943
                                           Phone Number        Fax Number

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2005, I electronically filed the foregoing Appearance of Walter Clark with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Casey Costigan, Esq.
Costigan & Wollrab, P.C.
308 East Washington Street
P.O. Box 3127
Bloomington, IL 61702-3127
ccostigan@cwlawoffice.com


and I hereby certify that on June 16, 2005, I mailed by United States Postal Service, the above-described document to the following non-registered participant:

Mr. Andre L. Kilpatrick
317 West 124th Street
Chicago, IL 60628


                      Respectfully submitted,


                      /s/ Darcy L. Proctor
                      Darcy L. Proctor, #6199731
                      Attorney for Defendants, Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll, Gregory Passini and Walter Clark
                      Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
                      140 South Dearborn, 6th Floor
                      Chicago, Illinois 60603
                      Telephone: (312) 782-7606
                      Facsimile:  (312) 782-0943
                      dproctor@ancelglink.com