IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Andre Kilpatrick | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 1053 |
| | ) | |
| McLean County, Sangamon County, Judge | ) | |
| Robert Steigmann, Judge John Turner, Judge | ) | |
| John McCullough, Judge William Decardy, | ) | |
| Marianna Wright, David Webber, Wanda Passini, | ) | |
| Shad Wagehoft, Shuntua Stonewall, Keith | ) | |
| Gehrand, Ronald Swann, Deborah Hospelhorne, | ) | |
| Jeff Longfellow, Ronald Stoll, Gregory Passini, | ) | |
| Walter Clark, Kelen Mamarchev, Richard Olshak, | ) | |
| Daniel Caste, Sandra Little, Rick Lewis, Pat Barr, | ) | |
| and Emily McQuillan. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS CLARK, HOSPELHORNE, LONGFELLOW, STOLL AND GREGORY PASSINI'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants Walter Clark, Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll, and Gregory Passini, by their attorney, Darcy L. Proctor, pursuant to Rule 12(b)(6), respectfully move this court for dismissal of the Amended Complaint of Plaintiff, Andre Kilpatrick, incorporating by reference their Memorandum of Law in support of said Motion, and in support thereof state as follows:

1.  Plaintiff filed his original complaint in the Northern District of Illinois on October 7, 2003, naming as Defendants, among others, Walter Clark, Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll, and Gregory Passini (the "Normal Defendants"). Subsequently, in February 2004, the case was transferred to the Central District of Illinois.

1

2.  On March 11, 2005, Plaintiff filed an amended complaint, again naming the Normal Defendants, among others.

3.  Plaintiff made no attempt to serve the Normal Defendants until April 28, 2005, more than eighteen months after filing his complaint.

4.  Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve defendants within 120 days of filing a complaint.

5.  Plaintiff did not seek to serve his complaint on the Normal Defendants within 120 days, and had no good cause for such delay; therefore, Plaintiff's amended complaint should be dismissed as to all of the Normal Defendants.

6.  Plaintiff claims violations of his civil rights, apparently pursuant to 42 U.S.C. §1983, and violations of 42 U.S.C.§§14141, 37892, and 2000(d).

7.  Plaintiff alleges injuries arising between 1998 and 2001, when he was "subject to continual harassment by law enforcement agencies of Normal and Illinois State University", (Amended Complaint, ¶7), including ten (10) "improper stops", (Amended Complaint, ¶8A), "bogus charges" in 1998, (Amended Complaint, ¶8K), and excessive force against Defendant Passini (Amended Complaint, ¶8D). Plaintiff further alleges that Defendant Stoll used excessive force against him on October 7, 2001. (Amended Complaint, ¶8D).

8.  Section 1983 has no statute of limitations, but federal courts apply the Illinois Statute of Limitations to Section 1983 claims, which is two years.

9.  Plaintiff's allegations of improper stops from 1998-2001 and bogus charges in 1998 are time-barred and must be dismissed.

10.    Plaintiff fails to state any causes of action against Defendants Clark, Hospelhorne, and Longfellow; therefore, those Defendants must be dismissed.

11.    Plaintiff's Amended Complaint fails to state an excessive force claim against Defendant Passini as a matter of law.

WHEREFORE, for the reasons stated in this Motion and the Memorandum of Law in Support of said Motion, Defendants Walter Clark, Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll, and Gregory Passini respectfully request that this honorable court dismiss Plaintiff's Amended Complaint with prejudice, along with such other and further relief in Defendants' favor and against Plaintiff as this honorable court deems just.

Respectfully Submitted,

By:    /s/ Darcy L. Proctor
Counsel for Defendants

Darcy L. Proctor, Esq.
140 South Dearborn Street
Suite 600
Chicago, IL 60603
(312) 782-7606
(312) 782-0943 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2005, I electronically filed the foregoing Defendants Clark, Hospelhorne, Longfellow, Stoll, and Gregory Passini's Motion to Dismiss Plaintiff's Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Casey Costigan, Esq.
Costigan & Wollrab, P.C.
308 East Washington Street
P.O. Box 3127
Bloomington, IL 61702-3127
ccostigan@cwlawoffice.com

and I hereby certify that on June 17, 2005, I mailed by United States Postal Service, the above-described document to the following non-registered participant:

Mr. Andre L. Kilpatrick
317 West 124th Street
Chicago, IL 60628

Respectfully submitted,

/s/ Darcy L. Proctor
Darcy L. Proctor, #6199731
Attorney for Defendants, Walter Clark, Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll and Gregory Passini
Ancel, Glink, Diamond, Bush, DiCianni & Rolek, P.C.
140 South Dearborn, 6th Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
dproctor@ancelglink.com