04-1053

June 18  E-FILED
Wednesday, 22 June, 2005 11:18:35 AM
Clerk, U.S. District Court, ILCD

Andre L. Kilpatrick
  Plaintiff

V.

McLean and Sangamon Counties

FILED
JUN 2 2 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

)
)
)
)
)
)

## Motion for Extension of Time

Now comes Plaintiff, Andre L. Kilpatrick to request that this court grant an extension of time (3 weeks) to respond to the Motion to Dismiss against Marinna Wright and McLean County. Wherefore, a denial of such request would create a substantial injustice against Plaintiff.

Andre Kilpatrick