# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

**JUDGMENT IN A CIVIL CASE**

FILED
AUG 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Andre L. Kilpatrick**

vs.

Case Number:   **04-1053**

**McLean County, et al**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants McLean County and Marinna Wright's Motion to Dismiss [Doc #49] is GRANTED. Plaintiff's claims against Defendants McLean County and Marinna Wright are dismissed without prejudice. **IT IS FURTHER ORDERED** that Plaintiff's Motion for Order of Judgment by Default as to Illinois State University Police Defendants [Doc #53] is DENIED. **IT IS FURTHER ORDERED** that Defendants Keith Gehrand, Justice John McCullough, Wanda Passini, Justice Robert Steigman, Shuntua Stonewall, Ronald Swann, Justice John Turner, and Shad Wagehoft's Motion to Dismiss [Doc #54]; Defendants Walter Clark, Deborah Hospelhorne, Jeff Longfellow, Ronald Stoll, and Gregory Passini's Motion to Dismiss [Doc #58]; and Defendants Pat Barr, Judge William DeCardy, Daniel Kast, Rick Lewis, Sandra Little, Helen Mamarchev, Richard Olshak, and David Webber's Motion to Dismiss [Doc #61] are GRANTED. Plaintiff's claims against these Defendants are dismissed without prejudice. **IT IS FURTHER ORDERED** that Plaintiff's claims against Sangamon County, Illinois State University, and Emily McQuillan are dismissed without prejudice. **CASE TERMINATED.**

ENTER this 8th day of August, 2005

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ T. Kelch
BY: DEPUTY CLERK