# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

ANDRE KILPATRICK,                )
                                 )
    Plaintiff,               )
                                 )
  v.                             )    Case No. 04-1053
                                 )
MCLEAN COUNTY, ET AL,            )
                                 )
    Defendants.              )

## O R D E R

    Before the Court is Andre L. Kilpatrick's Motion to Request an Appearance Before Judge Joe Billy McDade to Reconsider the Dismissal of Plaintiff's Civil Rights Complaint [Doc. # 67]. Despite having been warned in another case that failure to sign written motions would result in them being stricken, see Kilpatrick v. McLean Co., No. 05-1190 (C.D. Ill. July 15, 2005) (unpublished order); Kilpatrick's current motion is not signed. Accordingly, it will be stricken.

    The Court also notes that Kilpatrick's motion is untimely. See Fed. R. Civ. P. 59(e) ("Any motion to alter or amend a judgment shall be filed no later than 10 days after entry of judgment.")

    IT IS THEREFORE ORDERED that Kilpatrick's Motion to Request an Appearance Before Judge Joe Billy McDade to Reconsider the Dismissal of Plaintiff's Civil Rights Complaint [Doc. # 67] is hereby STRICKEN.

    ENTERED this  29th  day of August, 2005.

                                              s/ Joe B. McDade
                                              JOE BILLY McDADE
                                          United States District Judge