

E-FILED
Monday, 12 September, 2005 03:52:03 PM
Clerk, U.S. District Court, ILCD

SEP 1 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Now comes petitioner, Andre L. Kilpatrick, to appeal the dismissal of this Civil Rights case on the following grounds:

This court has systematically aided the defendants through abuse of discretion, denial of counsel for this case which is obviously very complex, denial of petition to proceed IFP, denial of a motion for extension of time to deliver summonses ( with no explanation), and the ultimate denial of rehearing for the dismissal of plaintiff's civil rights case based on technicalities (failure to sign a motion and failure to respond to an order within 10 days)...even though this court has previously addressed an unsigned motion and a motion that was received later than 10 days. **Furthermore, this court and all the other courts ( trial court of Bloomington-Normal and the appellate court in Springfield) have denied petitioner of any justice and has continually disrespected the petitioner simply because they are trying to keep from being sued and exposed.**

This court and the aforementioned courts obviously had no intentions of administering justice because, to administer justice would mean that corrupt police officer ( who staged an incident at my apartment for the purpose of harassment), judges (who don't abide by their own statutory commands and make racist comments) and a prosecutor **(who admitted to misconduct during plaintiff's jury trial)** would be exposed. It is well founded that on these bases, the administration of justice for plaintiff was never even considered.

-Andre L. Kilpatrick