E-FILED
Tuesday, 13 September, 2005  01:38:31 PM
 Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                    Docket No.: 04-1053

Division: Peoria

**Plaintiff (Petitioner)**    Short Caption    **Defendant (Respondent)**

Kilpatrick    v.    McLean County, et al

---

**Current Counsel for Plaintiff (Petitioner):**    **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Andre L. Kilpatrick - Pro Se | Name: John Costigan |
| Firm: | Firm: Costigan and Wollrab |
| Address: 317 W. 124th St. | Address: 308 E. Washington St. |
| Chicago, IL 60628 | Bloomington, IL 61702 |
| Phone: 773-568-9317 | Phone: 309-828-4310 |

---

| | |
|---|---|
| Judge: Joe B. McDade | Nature of Suit Code: 440 Civil Rights, Other |
| Court Reporter: N. Mersott | Date Filed in District Court: 2/23/04 |
| | Date of Judgment: 8/8/05 |
| | Date of Notice of Appeal: 9/12/05 |

Counsel: ___Appointed    ___Retained    __X_Pro Se

Fee Status:    ___Paid    __X_Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**