UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED
SEP 19 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TELEPHONE
(312) 435-5850

TO:   District Court Clerk's Office

RE:   Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   05-3704                    Docketed on: 9/14/05
Short Caption:         Kilpatrick, Andrew v. McLean County
District Court Judge:  Joe Billy McDade
District Court No.:    04 C 1053

If you have any questions regarding this appeal, please call this office.

(1003-012490)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### CIRCUIT RULE 3(b) NOTICE

Date: September 14, 2005
Re: Kilpatrick, Andrew v. McLean County
    Appeal No.: 05-3704

Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1053, Joe Billy McDade, Judge

To:     Andre L. Kilpatrick
        317 W. 124th Street
        Chicago, IL  60628


       Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.  This appeal was docketed on 9/14/05.
The District Court has indicated that as of 9/12/05 the docket
fee has not been paid.  Depending on your situation, you should:

   1. Pay the required $250.00 docketing fee PLUS the $5.00
      notice of appeal filing fee to the District Court Clerk,
      **if you have not already done so.**  The Court of Appeals
      cannot accept this fee.  You should keep a copy of the
      receipt for your records.

   2. File a motion to proceed on appeal in forma pauperis
      with the District Court, **if you have not already done so.**
      An original and three copies of that motion, with proof
      of service on your opponent, is required.  This motion must be
      supported by a sworn affidavit in the form prescribed by Form 4
      of the Appendix of Forms to the Federal Rules of Appellate Procedur
      (as amended 12/1/98), listing the assets and income of the
      appellant(s).

   3. If the motion to proceed on appeal in forma pauperis is
      denied by the district court, you must either pay the
      required $250.00 docketing fee PLUS the $5.00 notice of
      appeal filing fee to the District Court Clerk, within 14
      days after service of notice of the action of the district
      court, or within 30 days of that date, renew your motion
      to proceed on appeal in forma pauperis with this court.
      If the motion is renewed in this court, it must comply with
      the terms of Fed. R. App. P. 24(a).

       If one of the above stated actions is not taken, the appeal
will be dismissed.

(1258-020300)