CERTIFIED COPY

E-FILED
Monday, 21 November, 2005 12:12:52 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

October 27, 2005

**FILED**

NOV 2 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Before

Hon. Michael S. Kanne, *Circuit Judge*
Hon. Ilana Diamond Rovner, *Circuit Judge*
Hon. Terence T. Evans, *Circuit Judge*

| | |
|---|---|
| ANDRE L. KILPATRICK,<br>    Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 05-3704            v. | ] Illinois.<br>] |
| MCLEAN COUNTY, MARINNA WRIGHT,<br>DAVID WEBBER, et al.,<br>    Defendants-Appellees. | ] No. 04 C 1053<br>]<br>] Joe Billy McDade, Judge. |

O R D E R

On September 19, 2005, the court issued an order requiring that appellant, on or before October 3, 2005, file a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. Appellant has not responded; appellees, however, have and request that this appeal be dismissed. On consideration of these filings and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. In this case judgment was entered on August 9, 2005, and the notice of appeal was filed on September 12, 2005, four days late. The district court has not granted an extension of the appeal period, see Rule 4(a)(5), and this court is not empowered to do so, see Fed. R. App. P. 26(b).

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE: November 18, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL 61602

FROM: Gino J. Agnello, Clerk

RE: 05-3704
Kilpatrick, Andrew v. McLean County
04 C 1053, Joe Billy McDade, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

**ENCLOSED:**                                         **TO BE RETURNED AT LATER DATE:**
[ ]    Volumes of pleadings                           [ ]
[ ]    Volumes of loose pleadings                     [ ]
[ ]    Volumes of transcripts                         [ ]
[ ]    Volumes of exhibits                            [ ]
[ ]    Volumes of depositions                         [ ]
[ ]    In Camera material                             [ ]
[ ]    Other_____            [ ]

       Record being retained for use                  [ ]
       in Appeal No. _____

Copies of this notice sent to:    Counsel of record
[ ]    United States Marshal
[ ]    United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____    _____
(1071-120397)                              Deputy Clerk, U.S. District Court